UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>CAIN, KAREN R | Case No.: 16-14799-JNP<br>Chapter: 7<br>Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on September 27, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 117 DELAWARE AVENUE, CLEMENTON NJ 08021<br>(FMV $100,000.00) |

| | |
|---|---|
| Liens on property: | $151,889.00 Midland Mortgage Co/Midland First Bank |

| | |
|---|---|
| Amount of equity claimed as exempt: | $10,000.00 |

Objections must be served on, and requests for additional information directed to:

Name:         Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                      Case No. 16-14799-JNP
Karen R Cain                                                                Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Aug 24, 2016
                               Form ID: pdf905             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db             +Karen R Cain,    117 Delaware Avenue,    Clementon, NJ 08021-4534
516057177      +Attorney General,    PO Box 080,    Hughes Justice Complex,    Trenton, NJ 08625-0080
516160688      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
516088538      +Ford Motor Credit Company, LLC,    Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
516057179      +KML Law Group PC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516164721      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516057180      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
516057181       Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
516194145      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516057182       State Of New Jersey,    CN-190,    Division Of Taxation,    Trenton, NJ 08650
516057184      +Trumark Fin,    1000 Northbrook Dr,    Trevose, PA 19053-8430
516182571      +Trumark Financial Credit Union,    335 Commerce Drive,    PO Box 8127,
                 Ft. Washington, PA 19034-8127
516057185      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: pmarraffa@standingtrustee.com Aug 24 2016 22:23:17      Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2016 22:23:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2016 22:23:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516057176       E-mail/Text: bankruptcy@pepcoholdings.com Aug 24 2016 22:23:22
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516057178       E-mail/Text: cio.bncmail@irs.gov Aug 24 2016 22:23:19      IRS,    P.O. Box 21126,
                 Centralized Insolvency-Operations,    Philadelphia, PA 19114
516179840       E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2016 22:20:33      Orion,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516220950       E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2016 22:20:41      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516262620*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
516057183     ##+Trident Asset Manageme,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1136
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2                Date Rcvd: Aug 24, 2016
                              Form ID: pdf905            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Karen R Cain jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 5
```