**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Karen R Cain** | Social Security number or ITIN  **xxx–xx–8615** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16–14799–JNP**

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Karen R Cain

10/21/16                                                          **By the court:**  Jerrold N. Poslusny Jr.
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 16-14799-JNP
Karen R Cain                                                            Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2                  Date Rcvd: Oct 21, 2016
                              Form ID: 318             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db             +Karen R Cain,    117 Delaware Avenue,    Clementon, NJ 08021-4534
516057177      +Attorney General,    PO Box 080,    Hughes Justice Complex,    Trenton, NJ 08625-0080
516160688      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
516088538      +Ford Motor Credit Company, LLC,    Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
516057179      +KML Law Group PC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516164721      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516057180      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
516057181       Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
516194145     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516057182       State Of New Jersey,    CN-190,    Division Of Taxation,    Trenton, NJ 08650
516057184      +Trumark Fin,    1000 Northbrook Dr,    Trevose, PA 19053-8430
516182571      +Trumark Financial Credit Union,    335 Commerce Drive,    PO Box 8127,
                 Ft. Washington, PA 19034-8127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: pmarraffa@standingtrustee.com Oct 21 2016 23:32:50      Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 21 2016 23:33:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 21 2016 23:33:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516057176       E-mail/Text: bankruptcy@pepcoholdings.com Oct 21 2016 23:33:18
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516057178       EDI: IRS.COM Oct 21 2016 23:23:00      IRS,    P.O. Box 21126,
                 Centralized Insolvency-Operations,    Philadelphia, PA 19114
516179840       EDI: RECOVERYCORP.COM Oct 21 2016 23:23:00      Orion,    c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
516220950       EDI: RECOVERYCORP.COM Oct 21 2016 23:23:00      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
516057185      +EDI: VERIZONEAST.COM Oct 21 2016 23:23:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516262620*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA  19101-7346
516057183    ##+Trident Asset Manageme,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1136
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Oct 21, 2016
                              Form ID: 318             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Karen R Cain jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6
```